**Michael G. Halligan, OSB No. 82274**
mikeh@sussmanshank.com
**Howard M. Levine, OSB No. 80073**
howard@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Transportation Factoring Incorporated

FILED'06 AUG 08 15:28USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TRANSPORTATION FACTORING INCORPORATED, a Utah corporation doing business as TRANSFAC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GLENN LAGA, an individual, and ASTON WILLIAMS, an individual,**<br><br>**Defendants.** | Case No. 96-00394-ST<br><br>ORDER GRANTING JUDGMENT CREDITOR'S MOTION FOR RENEWAL OF JUDGMENT AGAINST ASTON WILLIAMS |

Having considered the Motion by Judgment Creditor Transportation Factoring Incorporated, a Utah corporation dba Transfac ("Plaintiff"), to renew the final judgment entered August 16, 1996, in favor of Plaintiff and against Defendant Aston Williams, and the Declaration of Howard M. Levine in support thereof, and good cause appearing therefore,

/ / / /

Page 1 - ORDER GRANTING JUDGMENT CREDITOR'S MOTION FOR RENEWAL OF JUDGMENT AGAINST ASTON WILLIAMS

#/9

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion pursuant to ORS 18.182 and 28 U.S.C. §1962 is granted; and

2. The time period within which execution may issue on the final Judgment entered August 16, 1996, be extended for an additional period of 10 years from the date of entry of this Order.

_____
U.S. District Court Judge

PRESENTED BY:

/s/ Howard M. Levine
_____
Howard M. Levine, OSB No. 80073
SUSSMAN SHANK LLP
(503) 227-1111
Attorneys for Transportation Factoring Incorporated

F:\CLIENTS\16745\001\LAGA\P-ORDER RENEWING JUDGMENT.DOC

Page 2 - ORDER GRANTING JUDGMENT CREDITOR'S MOTION FOR RENEWAL OF JUDGMENT AGAINST ASTON WILLIAMS